THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCO TULIO YBANEZ )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ATLANTA ORIENTAL FOOD )<br>WHOLESALE CO., )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION FILE NO.<br>1:15-CV-02920 |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO THE FAIR LABOR STANDARDS ACT

The Parties have filed a Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act. Upon due consideration, the Court is of the opinion that the settlement should be **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute concerning the Fair Labor Standards Act. It is, therefore, **ORDERED** that the Parties' Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act is **GRANTED**.

Accordingly, the Court approves the settlement of the Parties, and dismisses this action with prejudice.

SO ORDERED this <u>1st</u> day of December, 2015.

1

/s/Thomas W. Thrash
THOMAS M. THRASH, JR.
UNITED STATES DISTRICT JUDGE

*Stipulated to By:*

/s/ Patrick J. Hannon
Andrew Lampos
Patrick J. Hannon
HALL & LAMPROS, LLP
1230 Peachtree Street, N.E.
Suite 950
Atlanta, Georgia 30309

**Attorney for Plaintiffs**

*Stipulated to By:*

/s/ Catherine M. Banich
Donald R. Andersen, Bar No. 016125
Catherine M. Banich, Bar No. 260514
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 400
Atlanta, Georgia 30339
cbanich@taylorenglish.com
dandersen@taylorenglish.com

**Attorneys for Defendants**